DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. DIETZ

No. 127 PC.

Case below: 27 N.C. App. 296.

Petition of Attorney General for discretionary review under G.S. 7A-31 allowed 6 January 1976.

STATE v. GIRLEY

No. 120 PC.

Case below: 27 N.C. App. 388.

Petition of Attorney General for discretionary review under G.S. 7A-31 denied 6 January 1976.

STATE v. JACKSON

No. 145 PC.

Case below: 27 N.C. App. 590.

Petition for discretionary review under G.S. 7A-31 denied 6 January 1976.

STATE v. LEWIS

No. 140 PC.

Case below: 27 N.C. App. 426.

Petition of Attorney General for discretionary review under G.S. 7A-31 denied 6 January 1976.

STATE v. THOMPSON

No. 3 PC.

Case below: 27 N.C. App. 576.

Petition for discretionary review under G.S. 7A-31 denied 6 January 1976.